AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

United States of America
v.

QUANDRE HOLLINGWORTH

*Defendant*

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
12:31 pm, Aug 12, 2022
JEFFREY P. COLWELL, CLERK

Case No.  3:22-mj-00132
Colorado Case No. 1:22-mj-137-KHR

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   QUANDRE HOLLINGWORTH
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 1344 - Bank Fraud

Date: July 20, 2022

*Issuing officer's signature*

City and state:   Portland, Oregon

Hon. John Jelderks, US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties:

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____ Weight: _____

Sex: _____ Race: _____

Hair: _____ Eyes: _____

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

Case 1:22-mj-00137-KHR   Document 1   Filed 08/12/22   USDC Colorado   Page 3 of 11
Case 3:22-mj-00132   Document 1   Filed 07/20/22   Page 1 of 1

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
| v. | ) |
|  | ) Case No. 3:22-mj-00132 |
| QUANDRE HOLLINGWORTH | ) |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 1, 2022 to the present,__ in the county of _____Multnomah_____ in the _____ District of _____Oregon_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 1344 | Bank Fraud |

This criminal complaint is based on these facts:

The affidavit of Special Agent Scott McGeachy, IRS CI

☑ Continued on the attached sheet.

_By Telephone_
*Complainant's signature*

Scott McGeachy, Special Agent, IRS CI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __9:45__ a.m./~~p.m.~~

Date: __July 20, 2022__

_John Jelderks_
*Judge's signature*

City and state: __Portland, Oregon__   Hon. John Jelderks, US Magistrate Judge
*Printed name and title*

3:22-mj-00132

DISTRICT OF OREGON, ss:     AFFIDAVIT OF SCOTT McGEACHY
STATE OF OREGON)

## Affidavit in Support of a Criminal Complaint and Arrest Warrant

I, Scott McGeachy, being duly sworn, do hereby depose and state as follows:

### Introduction and Agent Background

1. I am a Special Agent employed by the Internal Revenue Service (IRS), Criminal Investigation, and have held this position for twenty-one years. I have successfully completed the 11-week Criminal Investigator Training Course at the Federal Law Enforcement Training Center and the 16-week Special Agent Basic Training course put on by the Internal Revenue Service. During this time I have either conducted or been involved in investigations concerning Title 26 (Income Tax), Title 18 (Conspiracy and Money Laundering), and Title 31 (Bank Secrecy Act) violations by individuals involved in both legal and illegal occupations. I have written and/or directly been involved in writing over 275 search and/or seizure warrants and have participated in the execution of numerous federal search warrants involving criminal income tax charges, money laundering, narcotics violations, and other criminal activities during which evidence of criminal violations was seized. For the past fifteen years, I have predominantly worked investigations involving narcotics trafficking and money laundering.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for Quandre Leray Hollingsworth, for violations of Title 18, United States Code, Section 1344, bank fraud. As set forth below, there is probable cause to believe, and I do believe, that committed Title 18, United States Code, Sections 1344, bank fraud.

////

////

////

**Applicable Law**

3.      Title 18, United States Code § 1344 prohibits an individual from knowingly executing a scheme to defraud a financial institution or obtain money by false or fraudulent pretenses.

**Statement of Probable Cause**

4.      The Portland Police Bureau (PPB), Federal Bureau of Investigation (FBI), and Internal Revenue Service Criminal Investigations (IRS CI) (hereinafter referred to collectively as "Investigators") are investigating a bank fraud ring involving Quandre HOLLINGSWORTH AKA "Dre" as one of the leader/organizers who is responsible for defrauding financial institutions including banks and credit unions for thousands of dollars by creating and depositing counterfeit checks.  HOLLINGSWORTH and others recruited third parties to open accounts at financial institutions including credit unions with the intent to obtain debit cards from these accounts.  HOLLINGSWORTH created counterfeit checks using computer, printer, check card stock and software.  HOLLINGSWORTH and others (using the debit cards they secured) deposited counterfeit checks and immediately withdrew cash or charged purchases using the debit card before the financial institution could react and prevent or reverse the transactions.

5.      HOLLINGSWORTH has a prior felony conviction in April 2011 for delivery of marijuana – 1000 feet of school, a September 2011 conviction for unlawful possession of methylenedioxymeth, a January 2012 conviction for delivery of marijuana within 1000 feet of school (18 months of incarceration), and an August 2014 conviction for unlawful possession of cocaine (12 months' probation).  HOLLINGSWORTH is currently on parole through Marion County Parole and Probation following a conviction for 2nd Degree Robbery on July 30, 2019,

for which HOLLINGSWORTH received a sentence of 50 months in prison and was released on December 16, 2021.

6. On January 21, 2022, HOLLINGSWORTH formed United Credit Repair, LLC with the Oregon Secretary of State. I conducted a query for United Credit Repair, LLC on Google and noted the business was domiciled in Woodburn, Oregon. I was unable to locate a website or a specific business function for United Credit Repair, LLC. As will be outlined in further detail below, I believe United Credit Repair, LLC is a front to be used by HOLLINGSWORTH to deposit counterfeit and/or stolen checks and launder his illicit proceeds.

7. On December 20, 2021, HOLLINGSWORTH opened a checking account ending in 0693 and brokerage account ending in 9506 with Charles Schwab, FDIC insured. Starting on March 22, 2022, and continuing through March 27, 2022, five checks totaling approximately $39,884.97 were deposited into HOLLINGSWORTH's Schwab account 0693. Each check was made payable from Big, Inc., Black Line Glazing, 2763 22Nd Street SE, Salem, Oregon and made payable directly to Quandre HOLLINGSWORTH and were purportedly being drawn off an account at Pioneer Trust Bank in Salem, Oregon.

- Check #3000, $8,642.86
- Check #3003, $7,562.48
- Check #3006, $7,684.32
- Check #3009, $7,346.58
- Check #3014, $8,648.73

8. On June 10, 2022, I spoke with an employee of Black Line Glazing who confirmed these five checks were counterfeit and had not been written by their company. The employee noted that the payee address on the checks contained a typographical error, which is not present on authentic checks from the company. The employee also sent me a copy of Check

#3014, which showed that the check had been made out to a vendor, not to HOLLINGSWORTH, and was made out for a different amount than the Check #3014 that HOLLINGSWORTH had deposited. The checks were deposited to Schwab and the transactions were immediately reversed and Pioneer Trust Bank suffered no loss.

9. On March 1, 2022, HOLLINGSWORTH opened up a Rivermark Community Credit Union Business Membership ending in 6420, Checking Account #2, (hereinafter, "Rivermark #2") and Savings Account #1 (hereinafter, "Rivermark #1"), NCUA insured, under the business name of United Credit Repair, LLC from their Gresham Branch located at 1058 Sleret Avenue, Gresham, Oregon 97030. HOLLINGSWORTH listed the description of business or services provided as "credit repair/credit knowledge."

10. I reviewed the banking activity for Rivermark #2 and noted the account was opened on March 1, 2022 with a $100 deposit from the Rivermark Gresham Branch. Three days later, on March 4, 2022, $2,790 in cash was deposited to the United Credit Repair account in person from the Rivermark Gresham Branch. On April 4, 2022, a cash deposit of $3,200 was made into Rivermark #2 in person from inside a personal teller kiosk. I noted that immediately following the two large cash deposits, HOLLINGSWORTH made an online withdrawal on March 5, 2022 for $2,776.95 that is listed as a property payment and an April 5, 2022 online withdrawal to Springwater Crossing for $2,832.31. Springwater Crossing is an apartment complex located at 1278 NW Birdsdale Avenue, Gresham, Oregon 97030, which was searched on July 15, 2022 pursuant to a federal search warrant, *22-mc-706*, which details of this search are outlined in greater detail below.

11. On April 13, 2022, check number 1086469 for $8,200.37, purported to be drawn off of an account for Draftkings from MVB Bank, Inc. and payable to United Credit Repair, was deposited to Rivermark #2 at the Rivermark Community Credit Union account at their branch located at 4875 SW Griffith Drive, Beaverton, Oregon 97005. Also on April 13, 2022, check number 1086476 for $7,759.42, purported to be drawn off the account for Draftkings from MVB Bank, Inc. and payable to United Credit Repair, was deposited to Rivermark #1 at the Rivermark Community Credit Union branch located at 4875 SW Griffith Drive, Beaverton, Oregon. These checks were returned as "missing Maker's signature" and deemed counterfeit by Rivermark Community Credit Union.

12. On April 13, 2022, check 1086472 for $9,756.98, purported to be drawn off an account for Draftkings and made payable to United Credit Repair, was deposited to Rivermark #2 at the Rivermark Community Credit Union account at 1058 Sleret Avenue, Gresham, Oregon 97030. Also on April 13, 2022, check 1086479 for $8,492.36, purported to be drawn off an account for Draftkings and made payable to United Credit Repair, were deposited to Rivermark #1 at 1058 Sleret Avenue, Gresham, Oregon. These checks were returned as "unprocessable" and were deemed counterfeit by Rivermark Community Credit Union. However, immediately following the deposited checks to Rivermark #2, there were a series of withdrawals from United Credit Repairs, LLC as follows:

- April 13, 2022 – Fred Meyers - $1,103.50
- April 13, 2022 – Uber - $13.45
- April 13, 2022 – CashApp – Chun Li - $500.00
- April 13, 2022 – CashApp – Chun Li - $1,000.00
- April 13, 2022 – CashApp – Chun Li - $2,000.00
- April 14, 2022 – CashApp – Chun Li - $1,000.00
- April 14, 2022 – CashApp – Chun Li - $2,000.00

On June 14, 2022, HOLLINGSWORTH charged $5,620.59 to Rivermark #2 from Avis Rent-A-Car in Portland, Oregon, after Rivermark Community Credit Union had closed the account due to fraud. According to Rivermark, they had preauthorized the charge to Avis Rent-A-Car prior to the fraud, and they therefore had to honor this expense.

13. HOLLINGSWORTH attempted to launder the checks by depositing the counterfeit checks into accounts associated with United Credit Repair, LLC (formed with the Oregon Secretary of State) to create the appearance that these transactions are legitimate, when in fact, these are counterfeit checks created to commit bank fraud against Rivermark Community Credit Union. Rivermark Community Credit Union's total loss related to the Quandre HOLLINGSWORTH account is $12,349.34 and attempted loss is $34,209.13.

14. I have previously spoken to HOLLINGSWORTH's Marion County Probation Officer who told me that he authorized HOLLINGSWORTH to frequent the residence located at 1278 NW Birdsdale Avenue, Gresham, Oregon 97030 (hereinafter, "Birdsdale Residence"). The Probation Officer identified the Birdsdale Residence as the residence for HOLLINGSWORTH's girlfriend, "A.A." During my investigation, I learned that Springwater Crossing, LLC, manages the property at which the Birdsdale Residence is located, and I also learned that A.A. was two-months delinquent on rent. As a result, Springwater Crossing posted a 24-Hour notice for entry in preparation for lock-out and eviction proceedings. On July 12, 2022, I was notified by Springwater Crossing, LLC of suspicious checks inside the Birdsdale Residence following a walk through pursuant to the posting.

15. On July 15, 2022, Hon. Youlee Yim You authorized a search warrant, *22-mc-706*, for the Birdsdale Residence which was served on July 15, 2022. During service of the search

warrant, investigators seized blank check stock, mail in the name of Quandre HOLLINGSWORTH and A.A., blank card stock, a ski mask, latex gloves, a CD called Checksoft Premier (used to create business and payroll checks), blank Western Union Money Orders, personal checkbook registers, personal checks and dozens of counterfeit checks including counterfeit checks electronically deposited into Charles Schwab Bank and United Credit Repair (and third party accounts) at Rivermark Community Credit Union and other financial institutions.

16. Other checks seized during the search of the Birdsdale Residence included: (1) Draftkings Check # 1086472 purportedly drawn off of MVB Bank, Inc. payable to United Credit Repair, LLC for $8,200.37, (2) Draftkings Check# 1086466 purportedly drawn off of MVB Bank, Inc. payable to "A.A." for $7,000.21, (3) Big, Inc. Black Line Glazing Check # 3006 purportedly drawn off of Pioneer Trust Bank payable to Quandre L. Hollingsworth for $7,684.32, (4) Big, Inc. Black Line Glazing Check #3000 purportedly drawn off of Pioneer Trust Bank payable to Quandre L. Hollingsworth for $8,642.86, (5) counterfeit check dated April 25, 2022 purportedly drawn off of The Huntington National payable for Morris V. Bank of America Settlement (payee name was blank) and (6) AlaskaUSA Federal Credit Union personal check #1285 from C.W.S. for $3,900 payable to J.S.

21. Based on this investigation, I believe that Quandre HOLLINGSWORTH committed bank fraud related to counterfeiting checks and depositing them into his personal Charles Schwab Bank account, Rivermark Community Credit Union account for United Credit Repair, LLC (a company formed by HOLLINGSWORTH) and into third party accounts including the Rivermark Community Credit Union account for C.J. and the joint Rivermark

Community Credit Union account for L.C. and J.S. Total attempted loss is approximately $104,994.10.

## Conclusion

22. Based on the foregoing, I have probable cause to believe, and I do believe, that Quandre HOLLINGSWORTH committed Title 18, United States Code 1344, bank fraud, which prohibits an individual from knowingly executing a scheme to defraud a financial institution or obtain money by false or fraudulent pretenses. I therefore request that the Court issue a criminal complaint and arrest warrant for Quandre HOLLINGSWORTH.

23. Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Gregory Nyhus, and AUSA Nyhus advised me that in his opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

*By Telephone*
Scott McGeachy
Special Agent, IRS Criminal Investigation

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 9:45 (a.m./~~p.m.~~) on July 20, 2022.

HONORABLE JOHN JELDERKS
United States Magistrate Judge