AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 3:22-mj-00132 |
| QUANDRE HOLLINGWORTH | ) |
| | ) |
| | ) |
| Defendant | |

*FILED U.S. DISTRICT COURT DISTRICT OF COLORADO 2022 AUG 15 AM 11:46 JEFFREY P. COLWELL CLERK BY___ DEP. CLK*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   QUANDRE HOLLINGWORTH _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Title 18, United States Code, Section 1344 - Bank Fraud


Date: July 20, 2022                    _____/s/ John Jelderks_____
                                        Issuing officer's signature

City and state:   Portland, Oregon      Hon. John Jelderks, US Magistrate Judge
                                        *Printed name and title*

### Return

This warrant was received on *(date)* 08/11/2022 , and the person was arrested on *(date)* 08/11/2022
at *(city and state)* Denver CO .

Date: 08/12/2022                       _____/s/ Cameron Wolter_____
                                        *Arresting officer's signature*

                                        CAMERON WOLTER - SPECIAL AGENT
                                        *Printed name and title*